**R. E. ELKINS v. STATE.**
8 Div. 374.

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Affirmed.

**Gemer ENIS v. STATE.**
6 Div. 917.

Court of Appeals of Alabama.
May 12, 1936.

SAMFORD, Judge.
Appeal dismissed.

**Paul ENZOR v. STATE.**
4 Div. 298.

Court of Appeals of Alabama.
Nov. 10, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

**Cassie Mae EPPS v. STATE.**
4 Div. 291.

Court of Appeals of Alabama.
Nov. 10, 1936.

SAMFORD, Judge.
Affirmed.

**Annie ESTES v. STATE.**
6 Div. 832.

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.
Appeal dismissed.

**Ed. ESTES v. STATE.**
6 Div. 62.

Court of Appeals of Alabama.
Oct. 6, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

**Emmitt ESTES v. STATE.**
6 Div. 833.

Court of Appeals of Alabama.
Dec. 17, 1935.

RICE, Judge.
Appeal dismissed.